1040

[No. 6767-0-III.   Division Three.   December 19, 1985.]

*In the Matter of the Marriage of* IRENE ANN LAPLANTE, *Respondent, and* ROBERT GARY LAPLANTE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 241904, William G. Luscher, J., entered September 18, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.

[No. 6448-4-III.   Division Three.   December 19, 1985.]

*In the Matter of the Marriage of* ROBERT M. BATHURST, *Appellant, and* REBECCA J. BATHURST, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81-3-02286-1, Harold D. Clarke, J., entered February 17, 1983. *Reversed* and *remanded with instructions* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 15532-6-I.   Division One.   December 20, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRYL SPEARS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-8-02931-7, Gary M. Little, J., entered October 24, 1984. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Coleman, JJ.